# **<u>EXHIBIT A</u>**

**REDACTED IN FULL**