IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YAN WANG,<br><br>                **Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**<br><br>                **Defendants.** | Case No. 1:25-cv-2292 (LMB/WBP) |

## NOTICE OF WAIVER OF HEARING

Plaintiff Yan Wang hereby waives a hearing for its e*x parte* Motion for Leave to File Portions of Complaint and Schedule A Under Seal and requests the Court decide the matter on the papers.

Date: December 15, 2025

Respectfully submitted,

   /s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac pending*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Ste. 700
Washington, DC 20036
*Attorneys for Plaintiff*