IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **YAN WANG,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**<br><br>        **Defendants.** | **Case No. 1:25-cv-2292 (LMB/WBP)** |

## NOTICE OF MOTION TO SEAL

Plaintiff hereby provides notice to the public that it has filed a motion to seal the above captioned matter. Any person objecting to the motion must file an objection within seven (7) days after filing the motion to seal. If no objection is filed, the Court may treat the motion as uncontested.

Date: December 15, 2025

Respectfully submitted,

  /s/  Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice pending*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Ste. 700
Washington, DC 20036
*Attorneys for Plaintiff*