**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| YAN WANG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　　Defendants. | Case No. 1:25-cv-2292 (LMB/WBP) |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND ASSET RESTRAINING ORDER**

　　　　Plaintiff Yan Wang ("Plaintiff"), by counsel and pursuant to 17 U.S.C. § 502 and Fed. R. Civ. P. 65, hereby moves for a Temporary Restraining Order, including a temporary asset restraint for all activity associated with the unauthorized use of Plaintiff's copyrighted works and derivatives thereof in commerce in the United States by the defendants identified in Schedule A.

　　　　For the reasons set forth in Plaintiff's accompanying memorandum, Plaintiff respectfully requests that this Court (1) issue a temporary restraining order freezing all activity associated with the sale of accused products by the defendants identified in Schedule A, and (2) maintain the status quo by enjoining the transfer of any monies held in defendants' online sales platform accounts until further ordered by this Court.

Date: December 15, 2025

                                            Respectfully submitted,

                                            __/s/__ Kendal M. Sheets
                                            Kendal Sheets (VSB No. 44537)
                                            ksheets@dnlzito.com
                                            Tel: (703) 489-8937
                                            Joseph J. Zito (*pro hac vice pending*)
                                            jzito@dnlzito.com
                                            Tel. (202) 466-3500
                                            DNL ZITO
                                            1250 Connecticut Avenue, NW
                                            Suite 700
                                            Washington, DC 20036
                                            Fax: (703) 997-7534

                                            *Attorneys for Plaintiff*