IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YAN WANG,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Case No. 1:25-cv-2292 (LMB/WBP) |

**ORDER**

This Court, having considered the *ex parte* Motion by Plaintiff Yan Wang, for a temporary restraining order including asset restraint for infringement of Plaintiff's copyright, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.  It is further

ORDERED that Defendants identified in Schedule A to the Verified Complaint are temporarily enjoined and restrained from distributing, marketing, advertising, offering for sale, or selling any Accused Product as defined in the Verified Complaint.

It is further

ORDERED that Amazon.com shall freeze all accounts and accused products associated with Defendants identified in Schedule A to the Verified Complaint and restrain and enjoin the transfer of any monies held in such accounts by any party until further ordered by this Court. It is further

ORDERED the webhost and/or ecommerce provider for the tochang.com ecommerce website shall freeze all accounts and accused products associated with tocheng.com identified in

Schedule A to the Verified Complaint and restrain and enjoin the transfer of any monies held in such account until further ordered by this Court

_____
Leonie M. Brinkema
United States District Judge

December \_\_\_\_, 2025
Alexandria, Virginia