IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YAN WANG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:25-cv-2292 (LMB/WBP) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) |
| Defendants. | ) ) |

ORDER

On December 19, 2025, this Court granted plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order and Asset Restraining Order and directed plaintiff to post a $10,000 bond. [Dkt. No. 24]. The Court did not specify whether the bond should be deposited into an interest-bearing account. Id. Later that day, a Financial Specialist in the United States District Court for the Eastern District of Virginia asked the Court whether plaintiff's $10,000 bond should be deposited in an interest-bearing account or a non-interest-bearing account. To ensure that plaintiff does not lose interest that may accrue during the pendency of this civil action, it is hereby

ORDERED that plaintiff's $10,000 bond be deposited in an interest-bearing account.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 19th day of December, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge