

# U.S. District Court

### Virginia Eastern - Alexandria

Receipt Date: Dec 19, 2025 4:38PM

SHEETS LAW LLC

Rcpt. No: 100014736                 Trans. Date: Dec 19, 2025 4:38PM                 Cashier ID: #JB (3392)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DVAE125CV002292 | 1 | 10000.00 | 10000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1347 | 12/19/2025 | $10,000.00 |
| | | | Total Due Prior to Payment: | $10,000.00 |
| | | | Total Tendered: | $10,000.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: CASE# 1:25CV2292

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.