**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **YAN WANG,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 1:25-cv-2292 (LMB/WBP)** |
| **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | |
| **Defendants.** | |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff Yan Wang ("Plaintiff"), by counsel and pursuant to pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65, hereby moves for a Preliminary Injunction Order against the Defendants identified in Schedule A.

For the reasons set forth in Plaintiff's accompanying memorandum, Plaintiff respectfully requests that this Court enter a preliminary injunction against the Defendants in Schedule A.

Date: December 30, 2025

Respectfully submitted,

___/s/___Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: (703) 489-8937
Joseph J. Zito (*pro hac pending*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.


    /s/   Kendal M. Sheets
By:  Kendal M. Sheets
Virginia bar number 44537