IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

YAN WANG,

        Plaintiff,

v.

THE UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

        Defendants.

Case No. 1:25-cv-2292 (LMB/WBP)

## ORDER

Plaintiff has filed a motion requesting a preliminary injunction order that continues the temporary restraining order that freezes accounts and assets associated with defendants' stores on Amazon.com websites because defendants are allegedly offering for sale items that infringe on plaintiffs copyright for decorative alphabet letters. Having found that plaintiff has established good cause for the relief requested, plaintiffs Motion for Preliminary Injunction is GRANTED, and it is hereby

ORDERED, ADJUDGED, AND DECREED that Amazon.com shall, immediately upon receipt of this Order, continue to freeze all activity associated with the sale of alphabet letters by the defendants identified in Schedule A (attached to this Order) and continue not to transfer any monies held in defendants' accounts to defendants until the resolution of this case.

Plaintiff has already posted a bond in the amount of $10,000 that is acceptable to the Court.

      The Clerk is directed to forward copies of this Order to counsel of record, who is required to make a good faith effort to promptly serve a copy of this Order on each of the named defendants and Amazon.com

Entered this \_\_\_\_ day of January, 2026.

Alexandria, Virginia

 

_____
Leonie M. Brinkema
United States District Judge

# Schedule A

| Defendant Nos. | Defendants' Names | Amazon.com Store ID | ASIN/Product ID |
|---|---|---|---|
| #1 | BUJIMAOYI | A1EMJWPK6ZOK6C | B0DPZ7PDLH |
| #2 | Timi Toys | A3PD8NKMD5Q87J | B0FBVYWW7F |
| #3 | LIFUGS | A3QXL0VYIUPB49 | B0F8MX2KXN |
| #4 | DA G | A3HL9BYAUF927 | B0D6Y2XDT9 |
| #5 | VODOLO | A1KDKRVRI9SA0L | B0DZNL8Z44 |
| #6 | EEIMII STORE | A2DBZ1RQFNCXN8 | B0DZXCQ4DR |
| #7 | HenPisen | A2EZL9TEGEWXDS | B0DG8V9MQS |
| #8 | HoneyTolly | A1QPSOSB3WSGVP | B0F13L9G3W |
| #9 | XINYIJI-2021 | A1N8M9M9SUF56C | B0D6FQV8C8 |
| #10 | Dotimo kids | AX71EG21UPWPD | B0DQDZHM8W |
| | | | B0D6FVRJLR |
| | | | B0DZ685RVB |