IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **YAN WANG,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**<br><br>        **Defendants.** | Case No. 1:25-cv-2292 (LMB/WBP) |

**PLAINTIFF'S MOTION TO UNSEAL DOCUMENT**

Plaintiff Yan Wang, by counsel, requests the Court to unseal the sealed complaint for this case. Plaintiff's counsel has received confirmation from Amazon.com that the Court's temporary restraining order has been implemented the platform. Therefore, Plaintiff requests unsealing of the Sealed Complaint [Docket No. 2] in this case.  A memorandum in support is filed with this motion.

Date: January 2 2026

Respectfully submitted,

   /s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

                                                __/s/__Kendal M. Sheets
                                                By:  Kendal M. Sheets
                                                Virginia bar number 44537