IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| YAN WANG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　　Defendants. | Case No. 1:25-cv-2292 (LMB/WBP) |

# ORDER

This Court, having considered the Motion by Plaintiff to unseal the sealed complaint (Docket No. 2) for this matter, it is hereby

ORDERED that Plaintiff's Motion is GRANTED. It is further

ORDERED that the Clerk of the Court shall unseal docket no. 2, Sealed Complaint, for this matter.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Leonie M. Brinkema
　　　　　　　　　　　　　　　　　　　　United States District Judge

January ___, 2026
Alexandria, Virginia