**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **YAN WANG,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**<br><br>        **Defendants.** | **Case No. 1:25-cv-2292 (LMB/WBP)** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO UNSEAL DOCUMENT**

Plaintiff Yan Wang, by counsel, requests the Court to unseal the sealed complaint for this case.

Plaintiff filed a redacted complaint [Docket No. 1], sealed complaint [Docket No. 2] and Motion to Seal [Docket No. 3] to initiate this case. The Court's Order [Docket No. 16] granted Plaintiff's sealing motion.

Amazon.com notified Plaintiff's counsel on December 30, 2025 that it has implemented the Court's Temporary Restraining Order [Docket No. 22]. Therefore, sealing of the complaint is no longer necessary.

Therefore, Plaintiff requests unsealing of the Sealed Complaint [Docket No. 2] in this case.

Date: January 2 2026                                             Respectfully submitted,

                                                                 __/s/__ Kendal M. Sheets
                                                                 Kendal Sheets (VSB No. 44537)
                                                                 ksheets@dnlzito.com
                                                                 Tel: 703-489-8937
                                                                 Joseph J. Zito (*pro hac vice*)
                                                                 jzito@dnlzito.com
                                                                 Tel. (202) 466-3500
                                                                 DNL ZITO
                                                                 1250 Connecticut Avenue, NW
                                                                 Suite 700
                                                                 Washington, DC 20036
                                                                 Fax: (703) 997-7534

                                                                 *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.


                                                __/s/__Kendal M. Sheets
                                                By:  Kendal M. Sheets
                                                Virginia bar number 44537