IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| YAN WANG,<br><br>            **Plaintiff,**<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>            **Defendants.** | Case No. 1:25-cv-2292 (LMB/WBP) |

## ORDER

This Court, having considered the Motion by Plaintiff to unseal the sealed complaint (Docket No. 2) for this matter, it is hereby

ORDERED that Plaintiff's Motion is GRANTED. It is further

ORDERED that the Clerk of the Court shall unseal docket no. 2, Sealed Complaint, and all other documents sealed to date in for this matter.

/s/ LMB
Leonie M. Brinkema
United States District Judge

January 5, 2026
Alexandria, Virginia