IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YAN WANG,<br><br>    **Plaintiff,**<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    **Defendants.** | Case No. 1:25-cv-2292 (LMB/WBP) |

**NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41**

Plaintiff hereby voluntarily dismisses the above action against the following Schedule A Defendant No. 5 VODOLO without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has not answered or filed a motion for summary judgement.

January 6, 2026

                   Respectfully submitted,

                   __/s/__ Kendal M. Sheets
                   Kendal Sheets (VSB No. 44537)
                   ksheets@dnlzito.com
                   Tel: 703-489-8937
                   Joseph J. Zito (*pro hac vice*)
                   jzito@dnlzito.com
                   Tel. (202) 466-3500
                   DNL ZITO
                   1250 Connecticut Avenue, NW,
                   Suite 700
                   Washington, DC 20036
                   Fax: (703) 997-7534
                   *Attorneys for Plaintiff*

So Ordered

                   __/s/__
                   Leonie M. Brinkema 1/6/26
                   United States District Judge