IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YAN WANG,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>        Defendants. | Case No. 1:25-cv-2292 (LMB/WBP) |

**NOTICE TO COURT TO CLOSE CASE**

Plaintiff Yan Wang filed a dismissal today, February 13, 2026, for the final defendant remaining in this case, No. 9 XINYIJI-2021. After the Court dismisses this defendant, the Court may close this case and order the $10,000.00 bond posted by Plaintiff returned. (See Docket No. 26.)

February 13, 2026

Respectfully submitted,

  /s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW,
Suite 700
Washington, DC 20036
Fax: (703) 997-7534
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

          /s/  Kendal M. Sheets
By:  Kendal Sheets
(VSB No. 44537)