IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YAN WANG,<br><br>        **Plaintiff,**<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>        **Defendants.** | Case No. 1:25-cv-2292 (LMB/WBP) |

## NOTICE OF VOLUNTARY DISMISSAL
## UNDER FRCP 41

Plaintiff hereby voluntarily dismisses the above action against the following Schedule A Defendant No. 9 XINYIJI-2021 without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has not answered or filed a motion for summary judgement.

February 13, 2026

                                                Respectfully submitted,

                                                __/s/__ Kendal M. Sheets
                                                Kendal Sheets (VSB No. 44537)
                                                ksheets@dnlzito.com
                                                Tel: 703-489-8937
                                                Joseph J. Zito (*pro hac vice*)
                                                jzito@dnlzito.com
                                                Tel. (202) 466-3500
                                                DNL ZITO
                                                1250 Connecticut Avenue, NW,
                                                Suite 700
                                                Washington, DC 20036
                                                Fax: (703) 997-7534
                                                *Attorneys for Plaintiff*

So Ordered

                                                __/s/__
                                                Leonie M. Brinkema    2/13/26
                                                United States District Judge