IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YAN WANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:25-cv-2292 (LMB/WBP) |
| ) | |
| THE UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Because all of the defendants in this civil action have been dismissed, it is hereby

ORDERED that the Clerk of the Court disburse the $10,000 bond posted in this civil action, along with any interest accrued, to:

Kendal Sheets
Sheets Law Office
15135 Peach Tree Lane
King George, VA 22485

The Clerk is directed to forward a copy of this Order to counsel of record and close this civil action.

Entered this 3rd day of March, 2026.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge